| **United States Bankruptcy Court**<br>**Western District of North Carolina**<br>**Charlotte Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Manning, Travis, Landon** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Manning, Melissa, Marie** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **8819** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **0923** |
| Street Address of Debtor (No. & Street, City, and State):<br>**1405 Weddington Hills Drive**<br>**Weddington, NC**  ZIP CODE **28104** | Street Address of Joint Debtor (No. & Street, City, and State):<br>**1405 Weddington Hills Drive**<br>**Weddington, NC**  ZIP CODE **28104** |
| County of Residence or of the Principal Place of Business:<br>**Union County** | County of Residence or of the Principal Place of Business:<br>**Union County** |
| Mailing Address of Debtor (if different from street address):  ZIP CODE | Mailing Address of Joint Debtor (if different from street address):  ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):  ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Travis Landon Manning, Melissa Marie Manning** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location<br>Where Filed:   **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>❑ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X  <u>Not Applicable</u><br>Signature of Attorney for Debtor(s)         Date</td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>❑ Yes, and Exhibit C is attached and made a part of this petition.<br>☑ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>❑ There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.<br><br>❑ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ❑ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).<br><br><u>                                        </u><br>(Name of landlord that obtained judgment)<br><br><u>                                        </u><br>(Address of landlord)<br><br>❑ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>❑ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>❑ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Travis Landon Manning, Melissa Marie Manning** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only **one** box.) |
| [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). | ☐   I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached. |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | ☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

X **s/ Travis Landon Manning**
Signature of Debtor   **Travis Landon Manning**

X **Not Applicable**
(Signature of Foreign Representative)

X **s/ Melissa Marie Manning**
Signature of Joint Debtor   **Melissa Marie Manning**

(Printed Name of Foreign Representative)

Telephone Number (If not represented by attorney)
**6/19/2010**
Date

Date

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

X **/s/ Matthew H. Crow**
Signature of Attorney for Debtor(s)

**Matthew H. Crow  Bar No. 26117**
Printed Name of Attorney for Debtor(s) / Bar No.

**The Crow Law Firm**
Firm Name

**315-B North Main Street Monroe, NC  28112**
Address

**704-283-1175          704-226-0488**
Telephone Number

**6/19/2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**

Date

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Western District of North Carolina

### Charlotte Division

In re  **Travis Landon Manning  Melissa Marie Manning**

Case No. _____

_____
Debtor(s)

_____
(if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

❑ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

❑ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

_____

_____

_____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

**B 1D (Official Form 1, Exh. D) (12/09) – Cont.**

❑   4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

❑   Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

❑   Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❑   Active military duty in a military combat zone.

❑   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **s/ Travis Landon Manning**
                       **Travis Landon Manning**

Date:   **6/19/2010**

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Western District of North Carolina

### Charlotte Division

In re  **Travis Landon Manning  Melissa Marie Manning**                      Case No.

_____
Debtor(s)                                                                   *(if known)*

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑  1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐  2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐  3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

_____
_____
_____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

**B 1D (Official Form 1, Exh. D)  (12/09) – Cont.**

❑   4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

❑   Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

❑   Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❑   Active military duty in a military combat zone.

❑   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **s/ Melissa Marie Manning**
                                  **Melissa Marie Manning**

Date:   **6/19/2010**

Travis Landon Manning
1405 Weddington Hills Drive
Weddington, NC 28104

Bank of America
PO Box 15026
Wilmington, DE  19850

Carl Wilson
460 Rebecca Lane
Murrells Inlet, SC  29576


Melissa Marie Manning
1405 Weddington Hills Drive
Weddington, NC 28104

Bank of America
PO Box 26078
Greensboro, NC  27420

Carolina Construction
Group of CLT
2509 Old Monroe Road
Matthews, NC  28104


Matthew H. Crow
The Crow Law Firm
315-B North Main Street
Monroe, NC  28112

Bank of Granite
301 S. McDowell Street, Ste.
100
Charlotte, NC  28204

Carolina Lighting
3695 Center Circle Drive
Fort Mill, SC  29715


Paugh Investments, Inc
PO Box 1471
Carolina Beach, NC  28428

Bill and Beth Scott
5634 Oak Bluff Lane
Wilmington, NC  28409

Carolina Mailboxes, Inc.
14201 South Lakes Drive,
Ste. A
Charlotte, NC  28273


Advance Erosion Techniques,
Inc.
72-14 Mount Holly Rd.
Charlotte, NC  28214

Bill and Susan Adams
450 North Fort Fisher
Kure Beach, NC  28449

Carolina Surveyors, Inc.
PO Box 267
Pineville, NC  28134


Advantage Financial
c/o Thomas Brandenburg
1808 Second Baxter Crossing,
Ste. 208
Fort Mill SC 29708

Blackhawk Hardware Store
4225 Park Road Shopping Center
Charlotte, NC  28209

Caryl Electrical II, Inc.
2240 Stevens Mill Road
Matthews, NC  28104


All Phase Exteriors, Inc.
PO Box 1105
Harrisburg, NC  28075

Blue Ridge Savings Bank, Inc.
PO Box 6249
Asheville, NC  28816

Celtic Masonry
149 Clipper Lane
Mooresville, NC  28117


Anchor Technology Group
422 Cumberland Street
Harriman, TN  37748

Bruce Lawling
250 Union Street North
Concord, NC  28025

Charles R Dos Santos
7318 Neal Road
Charlotte, NC  28262


Andrew Filipowski
111 North Chestnut Street,
Ste. 200
Winston Salem, NC  27101

Builders Mutual Insurance
PO Box 900017
Raleigh, NC  27675

Charlotte Business
Journal
120 West Morehead Street,
Ste 400
Charlotte, NC  28202

Christoper Phelps &
Associates
225 East Worthington Ave.,
Ste. 200
Charlotte, NC  28203

Culp, Elliott & Carpenter,
PLLC
Ste 200, 4401 Barclay Downs
Drive
Charlotte, NC 28209-4670

Dr. George Eason
711 Forest Hillls Drive
Wilmington, NC  28403

Christopher Cowman
6124 Shady Oaks Drive
Frisco, TX  75034

D&CW Properties, LLC
c/o John Waggett, Manager
612 Bayshore Drive
Wilmington, NC  28411

Duke Power
PO Box 70516
Charlotte, NC  28272

Citi Bank South Dakota
PO Box 6241
Sioux Falls, SD  57117

Dana Blair Young
1303-A North Lumina Avenue
Wrightsville Beach, NC 28408

Eanes & Holmes, Inc.
PO Box 70516
Waxhaw, NC  28173

Citi Cards
PO Box 6500
Sioux Falls, SD  57117

David Keinath
PO Box 5628
Minneapolis, MN  55440

Eddie Roger Kennedy
1146 Arboretum Drive
Wilmington, NC  28405

City Club
23 South Second Street
Wilmington, NC  28401

Dean Stinchfield
19655 Silver Lake Trail
Shorewood, MN  55331

Edward Paul
13 Island Drive
Wrightsville Beach, NC
28480

City of Charlotte
600 East 4th Street
Charlotte, NC  28250

Debra and Phillip Hanrahan
1102 Baron Road
Waxhaw, NC  28173

Edward Schillmaier
10118 Timber Hitch Road
Waxhaw, NC  28173

Community One
PO Box 1328
Asheboro, NC  27204

Douglas Spender
12 Jefferson Avenue
Boonton, NJ  07005

Ellis Plantation, LLC
c/o Gary Rowland, Manager
127 South Permuda Wynd.,
N.
North Topsail Beach, NC
28460

Copper Innovations, Inc.
18339 Old Statesville Road,
Ste. L
Cornelius, NC  28031

Douglas Tindale
4 Pahokee Lane
Destin, FL  32541

Environmental Bldg.
Solutions, Inc.
7037 High Vista Court
Matthews, NC  28104

Crump & Company, Inc.
1704 Williams Road, East
Monroe, NC  28110

Dr. Aamer A. Qureshi
5001 Rea Road
Charlotte, NC  28226

Equifax Information
Sevices, LLC
PO Box 740256
Atlanta, GA  30374

ERC Framing
4739 Holbrook Drive
Charlotte, NC  28212

GMAC
PO Box 380901
Bloomington, MN  55438

Internal Revenue Service
PO Box 21126
Philadelphia, PA  19114

Eudy's Cabinet Manufacturing, Inc.
PO Box 639
Stanfield, NC  28163

Grand Strand Capital of Myrtle Beach
1000 2nd Avenue South, Ste. 310
North Myrtle Beach, SC  29582

ITC Millwork, LLC
PO Box 1618
Indian Trail, NC  28079

Experian
NCAC
PO Box 9556
Allen, TX  75013

Gregory Benson
4 Wetmore Drive
Boonton Township, NJ  07005

Jack John Pastore
2925 Hammock Way
Vero Beach, FL  32963

Ferguson Enterprises
PO Box 100286
Atlanta, GA  30384

Gulf Coast Bank & Trust Co.
737 Terry Parkway
Terrytown, LA  70056

James Collins
32 Hidden Cove Drive
Chuchsville, PA  18966

Field & Field, Ltd
2801 Ward Blvd. Ste. 1L
Wilson, NC  27893

Harold L. Spivock
6813-A Fairview Rd
Charlotte, NC  28211

James McElroy & Diehl, PA
600 South College Street
Charlotte, NC 28202-1897

Frank & Glenda Huntley
1505 Grove Point Road
Wilmington, NC  28409

Henry G. Miller, Jr.
1713 N. Lumina Lane Ave
Wrightsville Beach, NC  28480

James Urban
3365 Lace Leaf Drive
Mechanicsville, PA

Frank Gabriele
2020 Fairview Drive
Newton, PA  18940

Henry Hank Miller, III
PO Box 1530
Wrightsville Beach, NC  28480

John and Kathy Black
706 Jacobs Creek Lane
Wilmington, NC  28409

Froehling & Robertson, Inc.
PO Box 26032
Richmond, VA  23261

Hickory Grove Carpet Brokers
107 Sunset Drive
Mt. Holly, NC  28120

John and Penelope Fongers
608 Fort Fisher Blvd. North
Kure Beach, NC  28449

Gary Rowland
127 South Permuda Wynd
North Topsail Beach, NC  28460

Hyatt & Cybil Field
1411 West Nash Street
Wilson, NC  27896

John and Sharon Stiene
3241 Ashwood Park Drive
Belmont, NC  28012

John Garrett
3108 Country Club Drive
Rochester, IN  46975

Keith E. Livengood
6205 Thefield Drive
Raleigh, NC  27614

Locust Lumber of Monroe
PO Box 3120
Monroe, NC  28110

John Johnson
8350 Ivy Lane
McKinney, TX  75071

Kevin and Phyllis Cook
1020 Windlea Run
Wilmington, NC  28409

Lowe's
PO Box 103104
Roswell, GA  30076

John Lusdyk
418 Pennington Titusville Rd.
Titusville, NJ  08560

Kreative Koncrete, Inc.
105 Harrison Lane
Gastonia, NC  28056

LS Dewey & Associates, LLC

1410 Commonwealth Dr.
Ste. 205
Wilmington, NC  28403

John Pregulman
9291 East Jewell Circle
Denver, CO  08560

Kuester Real Estate Services
108 Stone Village Drive
Fort Mill, SC  29708

Lucia Enterprises, LLC
5857 Caminito Empresa
La Jolla, CA  92037

John Thomas, III
Box 272, Country Road 519
Belvidere, NJ  07823

Laufen Tile
5182 Paysphere Circle
Chicago, IL  60674

M&W Seascape Investment
c/o Thomas Martin,
Manager
7001 Cayman Court
Wilmington, NC  28405

Josesph and Karen Roche
951 Aberden Court
Concord, NC  28027

Laura Manning
1700 Tanglebriar Court
Weddington, NC  28104

Manus Electric Co, Inc.
PO Box 2205
Indian Trail, NC  28079

JR Garrett
859 Baron Road
Waxhaw, NC  28173

Lee Lighting
11600 Carolina Place Parkway
Pineville, NC  28134

Martha Troglia
16902 SE 43rd Street
Issaquah, WA  98027

JR Realty Corp.
15770 North Dallas Pkwy #700
Dallas, TX  75248

Lisle Architecture & Design,
Inc
5911 Oleander Drive, Ste. 200
Wilmington, NC  28403

Masterpiece Staircase &
Millwork
3611 Gribble Road
Matthews, NC  28104

Jubilee Park at Carolina
Beach, LLC
c/o Underwood, Perkins, et al
Two Lincoln Center
5420 LBJ Freeway, Ste. 1900
Dallas, TX  75240

Locust Lumber Company
PO Box 130
Locust, NC  28097

Mecklenburg County
PO Box 31097
Charlotte, NC  28231

Mecklenburg Masonry Corp.
5412 Piper Glen Drive
Charlotte, NC  28277

Office of the Tax Collector
Union County
PO Box 38
Monroe, NC  28111

Porta-Jon
212 Bulb Avenue
Gastonia, NC  28052

MTB Mechanical
1201 Industrial Drive
Matthews, NC  28105

Office of the US Attorney
Suite 1700, Carillon Bldg.
227 West Trade St.
Charlotte, NC  28202

Pregulman Real Estate,
LLC
9291 East Jewell Circle
Denver, CO  80231

Michael and Patricia Randolph
954 Aberdeen Court, NW
Concord, NC  28027

Paramounte Engineering, Inc
5911 Oleander Road
Wilmington, NC  28403

Prem Air
5400 Airport Drive
Charlotte, NC  28208

Michael Twomey
6100 Shady Oaks Drive
Frisco, TX  75023

Patricia J. D'Emida
23 Columbus Ave.
Montclair, NJ  07042

Presbyterian Healthcare
Assoc.
Patient Financial
PO Box 30143
Charlotte, NC  28234

Mid-Atlantic Emergency
Patient Financial
PO Box 601504
Charlotte, NC  28260

Patricia LeMay
12814 Arnot Lane
Bristow, VA  20136

Reagan C. Rorschach
5733 Greenbriar
Dallas, TX  75209

NC Dept. of Revenue
PO Box 1168
Raleigh, NC  27640

Paul Holdings, LLC
PO Box 1443
Wrightsville Beach, NC  28480

Reedy Creek Lawn & Lands
c/o William Carriker
9170 Hickory Ridge Road
Harrisburg, NC  28075

New Hanover County Water

Peter Gratele
332 Old Point Loop
Hampstead, NC  28443

Residential Elevators,
Inc
20 Residential Drive
Crawfordville, FL  02940

Noel Williams Masonry, Inc
1801 Tower Industrial Drive
Monroe, NC  28110

Piedmont Natural Gas
PO Box 33068
Charlotte, NC  28233

Richard Shugoll
6636 Seton House Lane
Charlotte, NC  28277

North State Waste, LLC
PO Box 4840
Davidson, NC  28036

Pinnacle Roofing & Exteriors,
Inc
613 Minuet Lane
Charlotte, NC  28217

Robert Johnson
7005 Willow Trace Lane
Weddington, NC  28104

Roger and Brenda Johnson
PO Box 712
Wrightsville Beach, NC  28428

Scott and Elizabeth Smith
108 Stardust Drive
Holland, PA  18966

Shell / CitiBank SD NA
PO Box 6497
Sioux Falls, SD  57117


Ross & Witmer, Inc
4620 Rozzells Ferry
Charlotte, NC  28216

Scott Kaminsky
201 Manor Ridge Drive
Matthews, NC  28105

Sherobil, LLC
6813-A Fairview Road
Charlotte, NC  28210


RR&D, LP
PO Box 38
Wilmington, NC  28402

Scott Sadler
4115 Crosssgate Drive
Charlotte, NC  28226

Shield Engineering, Inc.
4301 Taggart Creek Rd
Charlotte, NC  28208


S&S Demolition-Construction
PO Box 680085
Charlotte, NC  28216

Sealing Agents Waterproofing,
Inc.
2034 Van Buren Ave, Ste A
Indian Trail, NC 28079

Smith, Currie & Hancock,
LLP
2700 Marquis One Tower
245 Peachtree Center Ave,
NE
Atlanta, GA  30303


Salisbury Street Properties,
LLC
PO Box 1530
Wrightsville Beach, NC  28480

Seascape at Wrightsville Beach
c/o Jeffery Keeter, Esq.
310 North Front Street, Ste.
200
Wilmington, NC  28401

Sound Investments, LLC
c/o Jeff Hovis, Manager
205 Forest Hills Drive
Wilmington, NC  28403


Salvatore Dispenziere, Jr
1 Sparrow Court
Oak Ridge, NJ  07438

Sefas Cleaning
9431 McLauren Court
Concord, NC  28027

Sprint
Bankruptcy Dept.
404 Brock Drive
Bloomington, IL  61701


Sanchez General Construction
125 Withershinn Drive
Charlotte, NC  28262

Service Plumbing of Charlotte,
Inc.
PO Box 1480
Cornelius, NC 28031

Staples
500 Staples Drive
Framingham, MA  01702


Sante D'Emida
8 Ballantine Road
Mendham, NJ  07945

Shanklin & Nichols, LLP
214 Market Street
Wilmington, NC  28402

Steven and Pamela Redwine
6601 Deerview Drive
Raleigh, NC  27606


Scharf Pera & Co., PLLC
4600 Park Road, Ste. 112
Charlotte, NC  28262

Shannon Whitaker
5627 Shell Road Village
Wilmington, NC  28411

SunTrust Mortgage, Inc.
PO Box 26149
Richmond, VA  23260

Talor Manning
4104 Cedar Pointe Avenue
Matthews, NC 28104

Tim Hough
20 Lindley Road
Churchville, PA  18966

Verna Engineering, P.C.
428 East 4th Street, Ste. 300
Charlotte, NC  28202

Terry Antoon
15105-D John J. Delaney Dr,
Box 171
Charlotte, NC  28277

Tom and Cheryl Wilbur
11420 Idlewild Road
Matthews, NC  28105

Victoria Secret / WFNNB
PO Box 182128
Columbus, OH  43218

The Beaver Company
PO Box 1276
Gastonia, NC  28053

Tom Kievet
5244 Masonboro Harbor Drive
Wilmington, NC  28409

Vincent W. Visco
87 Hidden Cove Drive
Churchville, PA  18966

The Estate of Ward Manning,
Jr.
1700 Tanglebriar Court
Weddington, NC  28104

Tottenham Development Group
c/o Sellers, Hinshaw, et al
310 South McDowell Street
Charlotte, NC  28204

Visit Taveethamcharoen
3693 Mission Street
San Francisco, CA  94110

The Estate of Ward Manning,
Jr.
10612-D Providence Rd. Ste.
729
Charlotte, NC  28277

Tottenham Development Group,
LLC
401 Hawthorne Lane, Ste 110
Charlotte, NC  28217

Vito R. Arminio
5857 Caminito Empresa
La Jolla, CA 92037

The Manning Companies, LLC
10612-D Providence Rd. Ste.
729
Charlotte, NC  28277

Trace Manning
4811 Grier Farm Lane
Charlotte, NC  28270

Wachovia Bank / Wells
Fargo
Central Bankruptcy
PO Box 13765
Roanoke, VA  24037

The Preserve at the Cape, LLC
c/o Gary Rowland, Manager
127 South Permuda Wynd
North Topsail Beach, NC
28460

Trans Union
Consumer Relations
PO Box 2000
Chester, PA  19022-2000

Wells Fargo Financial
3201 North 4th Avenue
Sioux Falls, SD  57104

The UPS Store
c/o UPS Corporate
Headquarters
55 Glenlake Parkway, NE
Atlanta , GA  30328

Trevor Manning
1700 Tanglebriar Court
Weddington, NC  28104

Wells Fargo Home Mortgage
MAC X7801-03K
3476 Statesview Blvd.
Fort Mills, SC  29715

Thomas and Tammy Martin
7001 Cayman Court
Wilmington, NC  28405

Unique Design Surfaces Inc.
5325 Marshall Air Drive
Charlotte, NC  28217

Windstream
PO Box 105521
Atlanta, GA  30348

Yankee Investment Group, LLC
32 Hidden Cove Drive
Churchville, PA  18966

B6D (Official Form 6D) (12/07)

In re  **Travis Landon Manning   Melissa Marie Manning**                     .        Case No. _____

                                **Debtors**                                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **02391066xxxx** <br> **GMAC** <br> **PO Box 380901** <br> **Bloomington, MN  55438** | | J | **2007 Chevrolet Suburban, 27Z, 4WD, VIN: 1GNFK163X7R364130, over 54,000 miles.** <br><br> **VALUE $27,500.00** | | | | **19,500.00** | **0.00** |
| ACCOUNT NO.  **942003406xxxx** <br> **SunTrust Mortgage, Inc.** <br> **PO Box 26149** <br> **Richmond, VA  23260** | | J | **House and 2.78 arce parcel known as 1114 Baron Road, Waxhaw, NC  28173.** <br><br> **VALUE $600,000.00** | | | | **1,088,000.00** | **488,000.00** |
| ACCOUNT NO.  **412170xxxxx** <br> **Wells Fargo Home Mortgage** <br> **MAC X7801-03K** <br> **3476 Statesview Blvd.** <br> **Fort Mills, SC  29715** | | J | **House and 2.78 arce parcel known as 1114 Baron Road, Waxhaw, NC  28173.** <br><br> **VALUE $600,000.00** | | | | **55,000.00** | **55,000.00** |

<u>0</u>   continuation sheets
      attached

Subtotal  ➤
(Total of this page)

| | |
|---|---|
| **$  1,162,500.00** | **$  543,000.00** |

Total  ➤
(Use only on last page)

| | |
|---|---|
| **$  1,162,500.00** | **$  543,000.00** |

(Report also on Summary of   (If applicable, report
Schedules)                        also on Statistical
                                 Summary of Certain
                                 Liabilities and
                                 Related Data.)

B6E (Official Form 6E) (4/10)

In re  **Travis Landon Manning    Melissa Marie Manning**                              Case No. _____
                          Debtors                                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑  **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❑  **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑  **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑  **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

**B6E (Official Form 6E) (4/10) – Cont.**

In re   **Travis Landon Manning    Melissa Marie Manning**            Case No.   _____

                        Debtors                                                   (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | **$0.00** |

Sheet no. <u>1</u> of <u>1</u> continuation sheets attached to Schedule of Creditors Holding Priority Claims

|  | Subtotals▸ (Totals of this page) | $   **0.00** | $   **0.00** | $   **0.00** |
|---|---|---|---|---|
|  | Total ▸ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $   **0.00** | | |
|  | Total ▸ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $   **0.00** | $   **0.00** |

B6F (Official Form 6F) (12/07)

In re  **Travis Landon Manning   Melissa Marie Manning**                    Case No. _____
                              Debtors                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Advance Erosion Techniques, Inc. 72-14 Mount Holly Rd. Charlotte, NC  28214** | X | H | **business debt of The Manning Companies, LLC.  Husband maybe personally liable.** | | | | 1,303.00 |
| ACCOUNT NO. **Advantage Financial c/o Thomas Brandenburg 1808 Second Baxter Crossing, Ste. 208 Fort Mill SC 29708** | X | H | **disputed wage earnings** | | | | 25,500.00 |
| ACCOUNT NO. **All Phase Exteriors, Inc. PO Box 1105 Harrisburg, NC  28075** | X | H | **business debt of The Manning Companies, LLC.  Husband maybe personally liable.** | | | | 14,100.00 |
| ACCOUNT NO. **Anchor Technology Group 422 Cumberland Street Harriman, TN  37748** | X | H | **business debt of The Manning Companies, LLC.  Husband maybe personally liable.** | | | | 39,856.58 |
| ACCOUNT NO. **Andrew Filipowski 111 North Chestnut Street, Ste. 200 Winston Salem, NC  27101** | X | H | **possible liability related to employment with Seascape, LLC** | | | | 0.00 |

  35   Continuation sheets attached

                                                                  Subtotal  ➤  $        80,759.58

                                                                     Total  ➤  $

                                                  **(Use only on last page of the completed Schedule F.)**
                              **(Report also on Summary of Schedules and, if applicable on the Statistical
                                      Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  Travis Landon Manning   Melissa Marie Manning                     Case No. _____
                              Debtors                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **488893115729xxxx**<br><br>**Bank of America<br>PO Box 15026<br>Wilmington, DE  19850** | | H | credit card purchases | | | | 26,000.00 |
| ACCOUNT NO.<br><br>**Bank of America<br>PO Box 26078<br>Greensboro, NC  27420** | X | H | **2 business debts of The Manning Companies, LLC.  Husband maybe personally liable.** | | | | 30,000.00 |
| ACCOUNT NO.  **549099576385xxxx**<br><br>**Bank of America<br>PO Box 15026<br>Wilmington, DE  19850** | | H | credit card purchases | | | | 28,000.00 |
| ACCOUNT NO.<br><br>**Bank of America<br>PO Box 15026<br>Wilmington, DE  19850** | | W | credit card purchases | | | | 5,292.00 |
| ACCOUNT NO.<br><br>**Bank of Granite<br>301 S. McDowell Street, Ste. 100<br>Charlotte, NC  28204** | X | H | **business debt of The Manning Companies, LLC.  Husband maybe personally liable.** | | | | 26,348.00 |

Sheet no.  1  of 35  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $                115,640.00

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Travis Landon Manning   Melissa Marie Manning**                                    Case No. _____
_____
                        **Debtors**                                                                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | H | | | | | 0.00 |
| **Bill and Beth Scott** **5634 Oak Bluff Lane** **Wilmington, NC  28409** | | | **possible liability related to employment with Seascape, LLC** | | | | |
| ACCOUNT NO. | X | H | | | | | 0.00 |
| **Bill and Susan Adams** **450 North Fort Fisher** **Kure Beach, NC  28449** | | | **possible liability related to employment with Seascape, LLC** | | | | |
| ACCOUNT NO. | X | H | | | | | 3,022.00 |
| **Blackhawk Hardware Store** **4225 Park Road Shopping Center** **Charlotte, NC  28209** | | | **business debt of The Manning Companies, LLC.  Husband maybe personally liable.** | | | | |
| ACCOUNT NO. | X | J | | | | | 23,619.14 |
| **Blue Ridge Savings Bank, Inc.** **PO Box 6249** **Asheville, NC  28816** | | | **business debt of The Manning Companies, LLC.  Husband was a co-signer on business debt.** | | | | |
| ACCOUNT NO. | X | H | | | | | 0.00 |
| **Bruce Lawling** **250 Union Street North** **Concord, NC  28025** | | | **possible liability related to employment with Seascape, LLC** | | | | |

Sheet no. _2_ of _35_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    **26,641.14**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Travis Landon Manning   Melissa Marie Manning**                            Case No. _____
                                    Debtors                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | H | | | | | 8,981.83 |
| Builders Mutual Insurance PO Box 900017 Raleigh, NC  27675 | | | business debt of The Manning Companies, LLC.  Husband maybe personally liable. | | | | |
| ACCOUNT NO. | X | H | | | | | 0.00 |
| Carl Wilson 460 Rebecca Lane Murrells Inlet, SC  29576 | | | possible liability related to employment with Seascape, LLC | | | | |
| ACCOUNT NO. | X | H | | | | | 8,200.00 |
| Carolina Construction Group of CLT 2509 Old Monroe Road Matthews, NC  28104 | | | business debt of The Manning Companies, LLC.  Husband maybe personally liable. | | | | |
| ACCOUNT NO. | X | H | | | | | 3,760.00 |
| Carolina Lighting 3695 Center Circle Drive Fort Mill, SC  29715 | | | business debt of The Manning Companies, LLC.  Husband maybe personally liable. | | | | |
| ACCOUNT NO. | X | H | | | | | 414.00 |
| Carolina Mailboxes, Inc. 14201 South Lakes Drive, Ste. A Charlotte, NC  28273 | | | business debt of The Manning Companies, LLC.  Husband maybe personally liable. | | | | |

Sheet no.  3 of 35 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ▷  $                    21,355.83

Total  ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Travis Landon Manning   Melissa Marie Manning                     Case No. _____
_____
              Debtors                                           (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | H | | | | | 365.00 |
| Carolina Surveyors, Inc. PO Box 267 Pineville, NC  28134 | | | business debt of The Manning Companies, LLC.  Husband maybe personally liable. | | | | |
| ACCOUNT NO. | X | H | | | | | 46,266.00 |
| Caryl Electrical II, Inc. 2240 Stevens Mill Road Matthews, NC  28104 | | | business debt of The Manning Companies, LLC.  Husband maybe personally liable. | | | | |
| ACCOUNT NO. | X | H | | | | | 10,445.00 |
| Celtic Masonry 149 Clipper Lane Mooresville, NC  28117 | | | business debt of The Manning Companies, LLC.  Husband maybe personally liable. | | | | |
| ACCOUNT NO. | X | | | | | | 5,136.00 |
| Charles R Dos Santos 7318 Neal Road Charlotte, NC  28262 | | | business debt of The Manning Companies, LLC.  Husband maybe personally liable. | | | | |
| ACCOUNT NO. | X | J | | | | | 1,283.00 |
| Charlotte Business Journal 120 West Morehead Street, Ste 400 Charlotte, NC  28202 | | | business debt of The Manning Companies, LLC.  Husband maybe personally liable. | | | | |

Sheet no.  4 of 35 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $           63,495.00

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Travis Landon Manning   Melissa Marie Manning**                      Case No. _____
                                    Debtors                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | H | | | | | 5,736.00 |
| **Christoper Phelps & Associates** **225 East Worthington Ave., Ste. 200** **Charlotte, NC  28203** | | | business debt of The Manning Companies, LLC.  Husband maybe personally liable. | | | | |
| ACCOUNT NO. | | H | | | | | 0.00 |
| **Christopher Cowman** **6124 Shady Oaks Drive** **Frisco, TX  75034** | | | business partner of The Preserve at the Cape, LLC.  Possible liability of husband for business debts. Debt amount is unknown. | | | | |
| ACCOUNT NO.     **542418104461xxxx** | | H | | | | | 22,215.00 |
| **Citi Bank South Dakota** **PO Box 6241** **Sioux Falls, SD  57117** | | | credit card purchases | | | | |
| ACCOUNT NO. | X | H | | | | | 4,881.00 |
| **Citi Cards** **PO Box 6500** **Sioux Falls, SD  57117** | | | business debt of The Manning Companies, LLC.  Husband maybe personally liable. | | | | |
| ACCOUNT NO. | X | H | | | | | 240.00 |
| **City Club** **23 South Second Street** **Wilmington, NC  28401** | | | business debt of The Manning Companies, LLC.  Husband maybe personally liable. | | | | |

Sheet no.  5 of 35 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                    Subtotal  ➤  $          33,072.00

                                                    Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  __Travis Landon Manning___Melissa Marie Manning_____     Case No. _____
Debtors                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**City of Charlotte**<br>**600 East 4th Street**<br>**Charlotte, NC  28250** | X | | **business debt of The Manning Companies, LLC.  Husband maybe personally liable.** | | | | **497.00** |
| ACCOUNT NO.<br><br>**Community One**<br>**PO Box 1328**<br>**Asheboro, NC  27204** | X | H | **business debt of The Manning Companies, LLC.  Husband maybe personally liable.** | | | | **15,098.00** |
| ACCOUNT NO.<br><br>**Copper Innovations, Inc.**<br>**18339 Old Statesville Road, Ste. L**<br>**Cornelius, NC  28031** | X | H | **business debt of The Manning Companies, LLC.  Husband maybe personally liable.** | | | | **1,732.00** |
| ACCOUNT NO.<br><br>**Crump & Company, Inc.**<br>**1704 Williams Road, East**<br>**Monroe, NC  28110** | X | | **business debt of The Manning Companies, LLC.  Husband maybe personally liable.** | | | | **5,711.00** |
| ACCOUNT NO.<br><br>**Culp, Elliott & Carpenter, PLLC**<br>**Ste 200, 4401 Barclay Downs Drive**<br>**Charlotte, NC 28209-4670** | X | H | **legal fees for services to the Manning Companies, LLC.  Husband maybe personally liable.** | | | | **0.00** |

Sheet no.  _6_ of _35_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    **23,038.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Travis Landon Manning   Melissa Marie Manning**                     Case No. _____
_____
Debtors                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | H | | | | | 0.00 |
| D&CW Properties, LLC c/o John Waggett, Manager 612 Bayshore Drive Wilmington, NC  28411 | | | possible liability related to employment with Seascape, LLC | | | | |
| ACCOUNT NO. | X | H | | | | | 0.00 |
| Dana Blair Young 1303-A North Lumina Avenue Wrightsville Beach, NC 28408 | | | possible liability related to employment with Seascape, LLC | | | | |
| ACCOUNT NO. | X | H | | | | | 0.00 |
| David Keinath PO Box 5628 Minneapolis, MN  55440 | | | possible liability related to employment with Seascape, LLC | | | | |
| ACCOUNT NO. | X | H | | | | | 0.00 |
| Dean Stinchfield 19655 Silver Lake Trail Shorewood, MN  55331 | | | possible liability related to employment with Seascape, LLC | | | | |
| ACCOUNT NO. | | H | | | | | 0.00 |
| Debra and Phillip Hanrahan 1102 Baron Road Waxhaw, NC  28173 | | | business partner of Ellis Plantation, LLC.  Possible liability of husband for business debts. | | | | |

Sheet no.  7 of 35 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                          0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Travis Landon Manning    Melissa Marie Manning**                         Case No. _____
                                    Debtors                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | H | | | | | 0.00 |
| Douglas Spender 12 Jefferson Avenue Boonton, NJ  07005 | | | business partner of Ellis Plantation, LLC.  Possible liability of husband for business debts. | | | | |
| ACCOUNT NO. | X | H | | | | | 0.00 |
| Douglas Tindale 4 Pahokee Lane Destin, FL  32541 | | | possible liability related to employment with Seascape, LLC | | | | |
| ACCOUNT NO. | X | H | | | | | 0.00 |
| Dr. Aamer A. Qureshi 5001 Rea Road Charlotte, NC  28226 | | | possible liability related to employment with Seascape, LLC | | | | |
| ACCOUNT NO. | | H | | | | | 0.00 |
| Dr. George Eason 711 Forest Hillls Drive Wilmington, NC 28403 | | | possible liability related to employment with Seascape, LLC | | | | |
| ACCOUNT NO. | X | H | | | | | 1,100.00 |
| Duke Power PO Box 70516 Charlotte, NC  28272 | | | business debt of The Manning Companies, LLC.  Husband maybe personally liable. | | | | |

Sheet no.  8  of  35  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    1,100.00

Total  ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Travis Landon Manning   Melissa Marie Manning**                              Case No. _____
_____
                            **Debtors**                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Eanes & Holmes, Inc.<br>PO Box 70516<br>Waxhaw, NC  28173 | X | | business debt of The Manning Companies, LLC.  Husband maybe personally liable. | | | | 3,858.00 |
| ACCOUNT NO.<br><br>Eddie Roger Kennedy<br>1146 Arboretum Drive<br>Wilmington, NC  28405 | X | H | possible liability related to employment with Seascape, LLC | | | | 0.00 |
| ACCOUNT NO.<br><br>Edward Paul<br>13 Island Drive<br>Wrightsville Beach, NC  28480 | X | H | possible liability related to employment with Seascape, LLC | | | | 0.00 |
| ACCOUNT NO.<br><br>Edward Schillmaier<br>10118 Timber Hitch Road<br>Waxhaw, NC  28173 | X | H | business debt of The Manning Companies, LLC.  Husband maybe personally liable. | | | | 3,380.00 |
| ACCOUNT NO.<br><br>Ellis Plantation, LLC<br>c/o Gary Rowland, Manager<br>127 South Permuda Wynd., N.<br>North Topsail Beach, NC  28460 | X | H | business debts related to Ellis Plantation, LLC | | | | 850,000.00 |

Sheet no.  9  of 35  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $        857,238.00

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Travis Landon Manning   Melissa Marie Manning**                    Case No. _____
                         Debtors                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | H | | | | | 3,483.00 |
| Environmental Bldg. Solutions, Inc. 7037 High Vista Court Matthews, NC  28104 | | | business debt of The Manning Companies, LLC.  Husband maybe personally liable. | | | | |
| ACCOUNT NO. | X | | | | | | 2,315.00 |
| ERC Framing 4739 Holbrook Drive Charlotte, NC  28212 | | | business debt of The Manning Companies, LLC.  Husband maybe personally liable. | | | | |
| ACCOUNT NO. | X | H | | | | | 78,744.00 |
| Eudy's Cabinet Manufacturing, Inc. PO Box 639 Stanfield, NC  28163 | | | business debt of The Manning Companies, LLC.  Husband maybe personally liable. | | | | |
| ACCOUNT NO. | X | | | | | | 63,072.00 |
| Ferguson Enterprises PO Box 100286 Atlanta, GA  30384 | | | business debt of The Manning Companies, LLC.  Husband maybe personally liable. | | | | |
| ACCOUNT NO. | X | H | | | | | 0.00 |
| Field & Field, Ltd 2801 Ward Blvd. Ste. 1L Wilson, NC  27893 | | | possible liability related to employment with Seascape, LLC | | | | |

Sheet no.  10  of  35  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $        147,614.00

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   <u>Travis Landon Manning   Melissa Marie Manning</u>          Case No. _____
                    **Debtors**                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Frank & Glenda Huntley**<br>**1505 Grove Point Road**<br>**Wilmington, NC  28409** | X | H | **possible liability related to employment with Seascape, LLC** | | | | 0.00 |
| ACCOUNT NO.<br><br>**Frank Gabriele**<br>**2020 Fairview Drive**<br>**Newton, PA  18940** | X | H | **possible liability related to employment with Seascape, LLC** | | | | 0.00 |
| ACCOUNT NO.<br><br>**Froehling & Robertson, Inc.**<br>**PO Box 26032**<br>**Richmond, VA  23261** | X | | **business debt of The Manning Companies, LLC.  Husband maybe personally liable.** | | | | 553.00 |
| ACCOUNT NO.<br><br>**Gary Rowland**<br>**127 South Permuda Wynd**<br>**North Topsail Beach, NC 28460** | X | H | **business partner of Ellis Plantation, LLC.  Possible liability of husband for business debts.** | | | | 0.00 |
| ACCOUNT NO.<br><br>**GMAC**<br>**PO Box 380901**<br>**Bloomington, MN  55438** | X | J | **business debt of The Manning Companies, LLC.  Husband maybe personally liable.** | | | | 1,856.00 |

Sheet no. <u>11</u> of <u>35</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $          2,409.00

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Travis Landon Manning   Melissa Marie Manning**          Case No. _____
                              **Debtors**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | H | | | | | 0.00 |
| **Grand Strand Capital of Myrtle Beach 1000 2nd Avenue South, Ste. 310 North Myrtle Beach, SC  29582** | | | **possible liability related to employment with Seascape, LLC** | | | | |
| ACCOUNT NO. | X | H | | | | | 0.00 |
| **Gregory Benson 4 Wetmore Drive Boonton Township, NJ  07005** | | | **possible liability related to employment with Seascape, LLC** | | | | |
| ACCOUNT NO. | X | H | | | | | 7,983.00 |
| **Gulf Coast Bank & Trust Co. 737 Terry Parkway Terrytown, LA  70056** | | | **business debt of The Manning Companies, LLC.  Husband maybe personally liable.** | | | | |
| ACCOUNT NO. | X | H | | | | | 0.00 |
| **Harold L. Spivock 6813-A Fairview Rd Charlotte, NC  28211** | | | **possible liability related to employment with Seascape, LLC** | | | | |
| ACCOUNT NO. | X | H | | | | | 0.00 |
| **Henry G. Miller, Jr. 1713 N. Lumina Lane Ave Wrightsville Beach, NC  28480** | | | **possible liability related to employment with Seascape, LLC** | | | | |

Sheet no. 12 of 35 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $            **7,983.00**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Travis Landon Manning   Melissa Marie Manning**
_____
Debtors

Case No. _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Henry Hank Miller, III<br>PO Box 1530<br>Wrightsville Beach, NC  28480 | X | H | possible liability related to employment with Seascape, LLC | | | | 0.00 |
| ACCOUNT NO.<br><br>Hickory Grove Carpet Brokers<br>107 Sunset Drive<br>Mt. Holly, NC  28120 | X | H | business debt of The Manning Companies, LLC.  Husband maybe personally liable. | | | | 12,894.00 |
| ACCOUNT NO.<br><br>Hyatt & Cybil Field<br>1411 West Nash Street<br>Wilson, NC  27896 | X | H | possible liability related to employment with Seascape, LLC | | | | 0.00 |
| ACCOUNT NO.<br><br>ITC Millwork, LLC<br>PO Box 1618<br>Indian Trail, NC  28079 | X | H | business debt of The Manning Companies, LLC.  Husband maybe personally liable. | | | | 92.00 |
| ACCOUNT NO.<br><br>Jack John Pastore<br>2925 Hammock Way<br>Vero Beach, FL  32963 | X | H | possible liability related to employment with Seascape, LLC | | | | 0.00 |

Sheet no. 13 of 35 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $  **12,986.00**

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Travis Landon Manning   Melissa Marie Manning**                       Case No. _____
                        Debtors                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **James Collins** <br> **32 Hidden Cove Drive** <br> **Chuchsville, PA  18966** | X | H | **possible liability related to employment with Seascape, LLC** | | | | 0.00 |
| ACCOUNT NO. <br><br> **James McElroy & Diehl, PA** <br> **600 South College Street** <br> **Charlotte, NC 28202-1897** | X | H | **legal fees for services to the Manning Companies, LLC.  Husband maybe personally liable.** | | | | 0.00 |
| ACCOUNT NO. <br><br> **James Urban** <br> **3365 Lace Leaf Drive** <br> **Mechanicsville, PA** | X | H | **possible liability related to employment with Seascape, LLC** | | | | 0.00 |
| ACCOUNT NO. <br><br> **John and Kathy Black** <br> **706 Jacobs Creek Lane** <br> **Wilmington, NC  28409** | | H | **possible liability related to employment with Seascape, LLC** | | | | 0.00 |
| ACCOUNT NO. <br><br> **John and Penelope Fongers** <br> **608 Fort Fisher Blvd. North** <br> **Kure Beach, NC  28449** | | H | **possible liability related to employment with Seascape, LLC** | | | | 0.00 |

Sheet no. 14 of 35 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $              0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  __Travis Landon Manning___Melissa Marie Manning_____          Case No. _____
                              Debtors                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**John and Sharon Stiene**<br>**3241 Ashwood Park Drive**<br>**Belmont, NC  28012** | | H | **business partner of Ellis Plantation, LLC.  Possible liability of husband for business debts.** | | | | **0.00** |
| ACCOUNT NO.<br><br>**John Garrett**<br>**3108 Country Club Drive**<br>**Rochester, IN  46975** | X | H | **business partner of The Preserve at the Cape, LLC.  Possible liability of husband for business debts. Debt amount is unknown.** | | | | **0.00** |
| ACCOUNT NO.<br><br>**John Johnson**<br>**8350 Ivy Lane**<br>**McKinney, TX  75071** | X | H | **business debt of The Manning Companies, LLC.  Husband maybe personally liable.** | | | | **418,860.00** |
| ACCOUNT NO.<br><br>**John Lusdyk**<br>**418 Pennington Titusville Rd.**<br>**Titusville, NJ  08560** | | H | **possible liability related to employment with Seascape, LLC** | | | | **0.00** |
| ACCOUNT NO.<br><br>**John Pregulman**<br>**9291 East Jewell Circle**<br>**Denver, CO  08560** | | H | **possible liability related to employment with Seascape, LLC** | | | | **0.00** |

Sheet no. _15_ of _35_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $        **418,860.00**

Total  ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  __Travis Landon Manning__   __Melissa Marie Manning_____   Case No. _____
                                                   Debtors                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | H | | | | | 0.00 |
| John Thomas, III Box 272, Country Road 519 Belvidere, NJ 07823 | | | possible liability related to employment with Seascape, LLC | | | | |
| ACCOUNT NO. | | H | | | | | 0.00 |
| Josesph and Karen Roche 951 Aberden Court Concord, NC 28027 | | | possible liability related to employment with Seascape, LLC | | | | |
| ACCOUNT NO. | X | | | | | | 12,500.00 |
| JR Garrett 859 Baron Road Waxhaw, NC 28173 | | | business debt of The Manning Companies, LLC.  Husband maybe personally liable. | | | | |
| ACCOUNT NO. | | H | | | | | 0.00 |
| JR Realty Corp. 15770 North Dallas Pkwy #700 Dallas, TX 75248 | | | possible liability related to employment with Seascape, LLC | | | | |
| ACCOUNT NO. | | H | | | | | 0.00 |
| Jubilee Park at Carolina Beach, LLC c/o Underwood, Perkins, et al Two Lincoln Center 5420 LBJ Freeway, Ste. 1900 Dallas, TX 75240 | | | possible liability related to employment with Seascape, LLC | | | | |

Sheet no. __16__ of __35__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $        12,500.00

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Travis Landon Manning   Melissa Marie Manning**   Case No. _____

Debtors   (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | H | | | | | 0.00 |
| Keith E. Livengood 6205 Thefield Drive Raleigh, NC 27614 | | | business partner of The Preserve at the Cape, LLC. Possible liability of husband for business debts. Debt amount is unknown. | | | | |
| ACCOUNT NO. | X | H | | | | | 0.00 |
| Kevin and Phyllis Cook 1020 Windlea Run Wilmington, NC 28409 | | | possible liability related to employment with Seascape, LLC | | | | |
| ACCOUNT NO. | X | | | | | | 4,500.00 |
| Kreative Koncrete, Inc. 105 Harrison Lane Gastonia, NC 28056 | | | business debt of The Manning Companies, LLC. Husband maybe personally liable. | | | | |
| ACCOUNT NO. | X | | | | | | 1,350.00 |
| Kuester Real Estate Services 108 Stone Village Drive Fort Mill, SC 29708 | | | business debt of The Manning Companies, LLC. Husband maybe personally liable. | | | | |
| ACCOUNT NO. | X | | | | | | 3,550.00 |
| Laufen Tile 5182 Paysphere Circle Chicago, IL 60674 | | | business debt of The Manning Companies, LLC. Husband maybe personally liable. | | | | |

Sheet no. _17_ of _35_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ **9,400.00**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Travis Landon Manning   Melissa Marie Manning**                          Case No. _____
                                        Debtors                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Laura Manning**<br>**1700 Tanglebriar Court**<br>**Weddington, NC  28104** | | H | **loan of money from Husband's mother** | | | | **85,611.83** |
| ACCOUNT NO.<br><br>**Lee Lighting**<br>**11600 Carolina Place Parkway**<br>**Pineville, NC  28134** | X | | **business debt of The Manning Companies, LLC.  Husband maybe personally liable.** | | | | **4,145.00** |
| ACCOUNT NO.<br><br>**Lisle Architecture & Design, Inc**<br>**5911 Oleander Drive, Ste. 200**<br>**Wilmington, NC  28403** | X | | **business debt of The Manning Companies, LLC.  Husband maybe personally liable.** | | | | **60,000.00** |
| ACCOUNT NO.<br><br>**Locust Lumber Company**<br>**PO Box 130**<br>**Locust, NC  28097** | X | | **business debt of The Manning Companies, LLC.  Husband maybe personally liable.** | | | | **206,260.00** |
| ACCOUNT NO.<br><br>**Locust Lumber of Monroe**<br>**PO Box 3120**<br>**Monroe, NC 28110** | X | | **business debt of The Manning Companies, LLC.  Husband maybe personally liable.** | | | | **10,835.00** |

Sheet no. _18_ of _35_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $        **366,851.83**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Travis Landon Manning   Melissa Marie Manning**                          Case No. _____
                                    Debtors                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Lowe's<br>PO Box 103104<br>Roswell, GA  30076 | X | H | business debt of The Manning Companies, LLC.  Husband maybe personally liable. | | | | 2,165.00 |
| ACCOUNT NO.<br><br>LS Dewey & Associates, LLC<br>1410 Commonwealth Dr. Ste. 205<br>Wilmington, NC  28403 | X | H | possible liability related to employment with Seascape, LLC | | | | 0.00 |
| ACCOUNT NO.<br><br>Lucia Enterprises, LLC<br>5857 Caminito Empresa<br>La Jolla, CA  92037 | | H | possible liability related to employment with Seascape, LLC | | | | 0.00 |
| ACCOUNT NO.<br><br>M&W Seascape Investment<br>c/o Thomas Martin, Manager<br>7001 Cayman Court<br>Wilmington, NC  28405 | | H | possible liability related to employment with Seascape, LLC | | | | 0.00 |
| ACCOUNT NO.<br><br>Manus Electric Co, Inc.<br>PO Box 2205<br>Indian Trail, NC  28079 | X | | business debt of The Manning Companies, LLC.  Husband maybe personally liable. | | | | 855.00 |

Sheet no.  19  of  35  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $  **3,020.00**

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  __Travis Landon Manning   Melissa Marie Manning__          Case No. _____
                         **Debtors**                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Martha Troglia**<br>**16902 SE 43rd Street**<br>**Issaquah, WA  98027** | | H | **possible liability related to employment with Seascape, LLC** | | | | 0.00 |
| ACCOUNT NO.<br>**Masterpiece Staircase & Millwork**<br>**3611 Gribble Road**<br>**Matthews, NC  28104** | X | | **business debt of The Manning Companies, LLC.  Husband maybe personally liable.** | | | | 7,891.00 |
| ACCOUNT NO.<br>**Mecklenburg County**<br>**PO Box 31097**<br>**Charlotte, NC  28231** | X | | **business debt of The Manning Companies, LLC.  Husband maybe personally liable.** | | | | 32,953.00 |
| ACCOUNT NO.<br>**Mecklenburg Masonry Corp.**<br>**5412 Piper Glen Drive**<br>**Charlotte, NC  28277** | X | | **business debt of The Manning Companies, LLC.  Husband maybe personally liable.** | | | | 30,000.00 |
| ACCOUNT NO.<br>**Michael and Patricia Randolph**<br>**954 Aberdeen Court, NW**<br>**Concord, NC  28027** | | H | **possible liability related to employment with Seascape, LLC** | | | | 0.00 |

Sheet no.  20  of  35  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $  **70,844.00**

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Travis Landon Manning   Melissa Marie Manning**                          Case No. _____

_____                                    _____
                        **Debtors**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Michael Twomey**<br>**6100 Shady Oaks Drive**<br>**Frisco, TX  75023** | | H | business partner of The Preserve at the Cape, LLC.  Possible liability of husband for business debts. Debt amount is unknown. | | | | 0.00 |
| ACCOUNT NO.<br><br>**Mid-Atlantic Emergency**<br>**Patient Financial**<br>**PO Box 601504**<br>**Charlotte, NC  28260** | | W | medical services | | | | 491.00 |
| ACCOUNT NO.<br><br>**MTB Mechanical**<br>**1201 Industrial Drive**<br>**Matthews, NC  28105** | X | | business debt of The Manning Companies, LLC.  Husband maybe personally liable. | | | | 17,122.00 |
| ACCOUNT NO.<br><br>**New Hanover County Water** | X | | business debt of The Manning Companies, LLC.  Husband maybe personally liable. | | | | 402.00 |
| ACCOUNT NO.<br><br>**Noel Williams Masonry, Inc**<br>**1801 Tower Industrial Drive**<br>**Monroe, NC  28110** | X | | business debt of The Manning Companies, LLC.  Husband maybe personally liable. | | | | 95,875.00 |

Sheet no.  21  of  35  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $   113,890.00

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Travis Landon Manning   Melissa Marie Manning**                    Case No. _____
                                    Debtors                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | | | | | | 3,729.00 |
| **North State Waste, LLC** **PO Box 4840** **Davidson, NC  28036** | | | **business debt of The Manning Companies, LLC.  Husband maybe personally liable.** | | | | |
| ACCOUNT NO. | X | | | | | | 0.00 |
| **Paramounte Engineering, Inc** **5911 Oleander Road** **Wilmington, NC  28403** | | | **business debt of The Manning Companies, LLC.  Husband maybe personally liable.** | | | | |
| ACCOUNT NO. | | H | | | | | 0.00 |
| **Patricia J. D'Emida** **23 Columbus Ave.** **Montclair, NJ  07042** | | | **possible liability related to employment with Seascape, LLC** | | | | |
| ACCOUNT NO. | | H | | | | | 0.00 |
| **Patricia LeMay** **12814 Arnot Lane** **Bristow, VA  20136** | | | **possible liability related to employment with Seascape, LLC** | | | | |
| ACCOUNT NO. | | H | | | | | 0.00 |
| **Paugh Investments, Inc** **PO Box 1471** **Carolina Beach, NC  28428** | | | **business partner of The Preserve at the Cape, LLC.  Possible liability of husband for business debts.  Debt amount is unknown.** | | | | |

Sheet no. __22__ of __35__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤ $                              3,729.00

Total  ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Travis Landon Manning   Melissa Marie Manning**
_____
Debtors

Case No. _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Paul Holdings, LLC** <br> **PO Box 1443** <br> **Wrightsville Beach, NC  28480** | | H | **possible liability related to employment with Seascape, LLC** | | | | 0.00 |
| ACCOUNT NO. <br><br> **Peter Gratele** <br> **332 Old Point Loop** <br> **Hampstead, NC  28443** | | H | **possible liability related to employment with Seascape, LLC** | | | | 0.00 |
| ACCOUNT NO. <br><br> **Piedmont Natural Gas** <br> **PO Box 33068** <br> **Charlotte, NC  28233** | | | **business debt of The Manning Companies, LLC.  Husband maybe personally liable.** | | | | 545.00 |
| ACCOUNT NO. <br><br> **Pinnacle Roofing & Exteriors, Inc** <br> **613 Minuet Lane** <br> **Charlotte, NC  28217** | X | | **business debt of The Manning Companies, LLC.  Husband maybe personally liable.** | | | | 16,755.00 |
| ACCOUNT NO. <br><br> **Porta-Jon** <br> **212 Bulb Avenue** <br> **Gastonia, NC  28052** | X | H | **business debt of The Manning Companies, LLC.  Husband maybe personally liable.** | | | | 1,459.00 |

Sheet no.  23  of  35  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $          18,759.00

Total ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Travis Landon Manning   Melissa Marie Manning**                    Case No. _____
                                        Debtors                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Preguliman Real Estate, LLC<br>9291 East Jewell Circle<br>Denver, CO  80231** | | H | **possible liability related to employment with Seascape, LLC** | | | | 0.00 |
| ACCOUNT NO. <br><br>**Prem Air<br>5400 Airport Drive<br>Charlotte, NC  28208** | | H | **business debt of The Manning Companies, LLC.  Husband maybe personally liable.** | | | | 2,415.00 |
| ACCOUNT NO. <br><br>**Presbyterian Healthcare Assoc.<br>Patient Financial<br>PO Box 30143<br>Charlotte, NC  28234** | | H | **medical services** | | | | 100.00 |
| ACCOUNT NO. <br><br>**Reagan C. Rorschach<br>5733 Greenbriar<br>Dallas, TX  75209** | | H | **business partner of Ellis Plantation, LLC.  Possible liability of husband for business debts.** | | | | 50,000.00 |
| ACCOUNT NO. <br><br>**Reedy Creek Lawn & Lands<br>c/o William Carriker<br>9170 Hickory Ridge Road<br>Harrisburg, NC  28075** | X | H | **business debt of The Manning Companies, LLC.  Husband maybe personally liable.** | | | | 14,980.00 |

Sheet no.  24  of  35  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   ➤   $                                    **67,495.00**

Total   ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Travis Landon Manning   Melissa Marie Manning**                         Case No. _____
                                         _____
                              **Debtors**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | H | | | | | 9,625.00 |
| Residential Elevators, Inc 20 Residential Drive Crawfordville, FL 02940 | | | business debt of The Manning Companies, LLC.  Husband maybe personally liable. | | | | |
| ACCOUNT NO. | | H | | | | | 0.00 |
| Richard Shugoll 6636 Seton House Lane Charlotte, NC  28277 | | | possible liability related to employment with Seascape, LLC | | | | |
| ACCOUNT NO. | | H | | | | | 30,000.00 |
| Robert Johnson 7005 Willow Trace Lane Weddington, NC  28104 | | | loan of money during 2009 | | | | |
| ACCOUNT NO. | | J | | | | | 4,880.00 |
| Roger and Brenda Johnson PO Box 712 Wrightsville Beach, NC  28428 | | | business debt | | | | |
| ACCOUNT NO. | | | | | | | 44,045.00 |
| Ross & Witmer, Inc 4620 Rozzells Ferry Charlotte, NC  28216 | | | business debt of The Manning Companies, LLC.  Husband maybe personally liable. | | | | |

Sheet no. _25_ of _35_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                88,550.00

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Travis Landon Manning   Melissa Marie Manning**                    Case No. _____
_____
Debtors                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **RR&D, LP**  PO Box 38  Wilmington, NC  28402 | | | possible liability related to employment with Seascape, LLC | | | | 0.00 |
| ACCOUNT NO.  **S&S Demolition-Construction**  PO Box 680085  Charlotte, NC  28216 | | H | business debt of The Manning Companies, LLC.  Husband maybe personally liable. | | | | 320.00 |
| ACCOUNT NO.  **Salisbury Street Properties, LLC**  PO Box 1530  Wrightsville Beach, NC  28480 | | H | possible liability related to employment with Seascape, LLC | | | | 0.00 |
| ACCOUNT NO.  **Salvatore Dispenziere, Jr**  1 Sparrow Court  Oak Ridge, NJ  07438 | | H | business partner of Ellis Plantation, LLC.  Possible liability of husband for business debts. Debt amount is unknown. | | | | 0.00 |
| ACCOUNT NO.  **Sanchez General Construction**  125 Withershinn Drive  Charlotte, NC  28262 | | | business debt of The Manning Companies, LLC.  Husband maybe personally liable. | | | | 28,800.00 |

Sheet no.  26  of  35  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                  **29,120.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Travis Landon Manning   Melissa Marie Manning**                                    Case No. _____
_____
Debtors                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Sante D'Emida<br>8 Ballantine Road<br>Mendham, NJ 07945** | | H | **possible liability related to employment with Seascape, LLC** | | | | 0.00 |
| ACCOUNT NO.<br>**Scharf Pera & Co., PLLC<br>4600 Park Road, Ste. 112<br>Charlotte, NC 28262** | | | **business debt of The Manning Companies, LLC.  Husband maybe personally liable.** | | | | 5,657.00 |
| ACCOUNT NO.<br>**Scott and Elizabeth Smith<br>108 Stardust Drive<br>Holland, PA 18966** | | H | **possible liability related to employment with Seascape, LLC** | | | | 0.00 |
| ACCOUNT NO.<br>**Scott Kaminsky<br>201 Manor Ridge Drive<br>Matthews, NC 28105** | | H | **possible liability related to employment with Seascape, LLC** | | | | 0.00 |
| ACCOUNT NO.<br>**Scott Sadler<br>4115 Crosssgate Drive<br>Charlotte, NC 28226** | | H | **possible liability related to employment with Seascape, LLC** | | | | 0.00 |

Sheet no. _27_ of _35_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $            5,657.00

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Travis Landon Manning   Melissa Marie Manning**                              Case No. _____
                                    Debtors                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 3,097.00 |
| Sealing Agents Waterproofing, Inc. 2034 Van Buren Ave, Ste A Indian Trail, NC 28079 | | | business debt of The Manning Companies, LLC.  Husband maybe personally liable. | | | | |
| ACCOUNT NO. | | H | | | | | 0.00 |
| Seascape at Wrightsville Beach c/o Jeffery Keeter, Esq. 310 North Front Street, Ste. 200 Wilmington, NC  28401 | | | Business Debto of The Preserve at the Cape, LLC.  Possible liability of husband for business debts.  Debt amount is unknown. | | | | |
| ACCOUNT NO. | X | | | | | | 176.00 |
| Sefas Cleaning 9431 McLauren Court Concord, NC  28027 | | | business debt of The Manning Companies, LLC.  Husband maybe personally liable. | | | | |
| ACCOUNT NO. | | | | | | | 10,316.00 |
| Service Plumbing of Charlotte, Inc. PO Box 1480 Cornelius, NC 28031 | | | business debt of The Manning Companies, LLC.  Husband maybe personally liable. | | | | |
| ACCOUNT NO. | X | H | | | | | 15,614.00 |
| Shanklin & Nichols, LLP 214 Market Street Wilmington, NC  28402 | | | legal fees for  The Manning Companies | | | | |

Sheet no. 28 of 35 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                                                            29,203.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Travis Landon Manning   Melissa Marie Manning** _____    Case No. _____
                                    **Debtors**                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Shannon Whitaker<br>5627 Shell Road Village<br>Wilmington, NC  28411** | | H | **possible liability related to employment with Seascape, LLC** | | | | 0.00 |
| ACCOUNT NO.<br><br>**Shell / CitiBank SD NA<br>PO Box 6497<br>Sioux Falls, SD  57117** | | | **business debt of The Manning Companies, LLC.  Husband maybe personally liable.** | | | | 6,087.00 |
| ACCOUNT NO.<br><br>**Sherobil, LLC<br>6813-A Fairview Road<br>Charlotte, NC  28210** | | H | **possible liability related to employment with Seascape, LLC** | | | | 0.00 |
| ACCOUNT NO.<br><br>**Shield Engineering, Inc.<br>4301 Taggart Creek Rd<br>Charlotte, NC  28208** | | | **business debt of The Manning Companies, LLC.  Husband maybe personally liable.** | | | | 1,250.00 |
| ACCOUNT NO.<br><br>**Smith, Currie & Hancock, LLP<br>2700 Marquis One Tower<br>245 Peachtree Center Ave, NE<br>Atlanta, GA  30303** | | | **business debt of The Manning Companies, LLC.  Husband maybe personally liable.** | | | | 9,219.00 |

Sheet no. _29_ of _35_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ | **16,556.00**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Travis Landon Manning   Melissa Marie Manning**                    Case No. _____
_____
                        Debtors                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | H | | | | | 0.00 |
| **Sound Investments, LLC c/o Jeff Hovis, Manager 205 Forest Hills Drive Wilmington, NC  28403** | | | business partner of Ellis Plantation, LLC.  Possible liability of husband for business debts.  Debt amount is unknown. | | | | |
| ACCOUNT NO. | | H | | | | | 388.00 |
| **Sprint Bankruptcy Dept. 404 Brock Drive Bloomington, IL  61701** | | | business debt of The Manning Companies, LLC.  Husband maybe personally liable. | | | | |
| ACCOUNT NO. | | H | | | | | 779.00 |
| **Staples 500 Staples Drive Framingham, MA  01702** | | | business debt of The Manning Companies, LLC.  Husband maybe personally liable. | | | | |
| ACCOUNT NO. | | H | | | | | 0.00 |
| **Steven and Pamela Redwine 6601 Deerview Drive Raleigh, NC  27606** | | | possible liability related to employment with Seascape, LLC | | | | |
| ACCOUNT NO. | | H | | | | | 0.00 |
| **Talor Manning 4104 Cedar Pointe Avenue Matthews, NC 28104** | | | possible liability for loan of money | | | | |

Sheet no. _30_ of _35_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $              1,167.00

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Travis Landon Manning   Melissa Marie Manning**  Case No. _____

_____

Debtors  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Terry Antoon**<br>15105-D John J. Delaney Dr, Box 171<br>Charlotte, NC  28277 | X | H | possible liability related to employment with Seascape, LLC | | | | 0.00 |
| ACCOUNT NO.<br><br>**The Beaver Company**<br>PO Box 1276<br>Gastonia, NC  28053 | X | H | business debt of The Manning Companies, LLC.  Husband maybe personally liable. | | | | 779.00 |
| ACCOUNT NO.<br><br>**The Manning Companies, LLC**<br>10612-D Providence Rd. Ste. 729<br>Charlotte, NC  28277 | X | H | possible business liability | | | | 0.00 |
| ACCOUNT NO.<br><br>**The Preserve at the Cape, LLC**<br>c/o Gary Rowland, Manager<br>127 South Permuda Wynd<br>North Topsail Beach, NC  28460 | | H | Husband maybe liable for business debts of The Preserve at the Cape, LLC. Debt amount is unknown. | | | | 0.00 |
| ACCOUNT NO.<br><br>**The UPS Store**<br>c/o UPS Corporate Headquarters<br>55 Glenlake Parkway, NE<br>Atlanta , GA  30328 | X | J | business debt of The Manning Companies, LLC.  Husband maybe personally liable. | | | | 1,204.22 |

Sheet no.  31  of  35  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $  **1,983.22**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Travis Landon Manning   Melissa Marie Manning**
_____
Debtors

Case No. _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.                                                                **Thomas and Tammy Martin** **7001 Cayman Court** **Wilmington, NC  28405** | X | H | possible liability related to employment with Seascape, LLC | | | | 0.00 |
| ACCOUNT NO.                                                                **Tim Hough** **20 Lindley Road** **Churchville, PA  18966** | X | H | possible liability related to employment with Seascape, LLC | | | | 0.00 |
| ACCOUNT NO.                                                                **Tom and Cheryl Wilbur** **11420 Idlewild Road** **Matthews, NC  28105** | X | H | business partner of The Preserve at the Cape, LLC.  Possible liability of husband for business debts. Debt amount is unknown. | | | | 0.00 |
| ACCOUNT NO.                                                                **Tom Kievet** **5244 Masonboro Harbor Drive** **Wilmington, NC  28409** | X | H | possible liability related to employment with Seascape, LLC | | | | 0.00 |

Sheet no. 32 of 35 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    0.00

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)



B6F (Official Form 6F) (12/07) - Cont.

In re  **Travis Landon Manning   Melissa Marie Manning**                    Case No. _____
                                                    **Debtors**                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | J | | | | | 271,000.00 |
| **Tottenham Development Group c/o Sellers, Hinshaw, et al 310 South McDowell Street Charlotte, NC  28204** <br><br> **Tottenham Development Group, LLC 401 Hawthorne Lane, Ste 110 Charlotte, NC  28217** | | | **business debt of The Manning Companies, LLC.  Husband was a co-signor on debt. Lawsuit pending in Union County, North Carolina** | | | | |
| ACCOUNT NO. | | H | | | | | 0.00 |
| **Trace Manning 4811 Grier Farm Lane Charlotte, NC  28270** | | | **possible liability for loan of money** | | | | |
| ACCOUNT NO. | | H | | | | | 0.00 |
| **Trevor Manning 1700 Tanglebriar Court Weddington, NC  28104** | | | **possible liability for loan of money** | | | | |
| ACCOUNT NO. | X | J | | | | | 16,000.00 |
| **Unique Design Surfaces Inc. 5325 Marshall Air Drive Charlotte, NC  28217** | | | **business debt of The Manning Companies, LLC.  Husband maybe personally liable.** | | | | |

Sheet no. __33__ of __35__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤ $          **287,000.00**

Total  ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  __Travis Landon Manning   Melissa Marie Manning_____     Case No. _____
                                    Debtors                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | J | | | | | 1,350.00 |
| Verna Engineering, P.C. 428 East 4th Street, Ste. 300 Charlotte, NC  28202 | | | business debt of The Manning Companies, LLC.  Husband maybe personally liable. | | | | |
| ACCOUNT NO.   2xxxx | | W | | | | | 444.00 |
| Victoria Secret / WFNNB PO Box 182128 Columbus, OH  43218 | | | credit card purchases | | | | |
| ACCOUNT NO. | X | H | | | | | 0.00 |
| Vincent W. Visco 87 Hidden Cove Drive Churchville, PA  18966 | | | possible liability related to employment with Seascape, LLC | | | | |
| ACCOUNT NO. | X | H | | | | | 0.00 |
| Visit Taveethamcharoen 3693 Mission Street San Francisco, CA  94110 | | | possible liability related to employment with Seascape, LLC | | | | |
| ACCOUNT NO. | X | H | | | | | 0.00 |
| Vito R. Arminio 5857 Caminito Empresa La Jolla, CA 92037 | | | possible liability related to employment with Seascape, LLC | | | | |

Sheet no. _34_ of _35_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ▷  $      1,794.00

Total  ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Travis Landon Manning   Melissa Marie Manning**   Case No. _____
                                                                                                                     (If known)
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **436106110401xxxx** | | J | line of credit on bank account | | | | 9,000.00 |
| **Wells Fargo Financial 3201 North 4th Avenue Sioux Falls, SD  57104** | | | | | | | |
| **Wachovia Bank / Wells Fargo Central Bankruptcy PO Box 13765 Roanoke, VA  24037** | | | | | | | |
| ACCOUNT NO. | X | J | | | | | 97.00 |
| **Windstream PO Box 105521 Atlanta, GA  30348** | | | business debt of The Manning Companies, LLC.  Husband maybe personally liable. | | | | |
| ACCOUNT NO. | X | J | | | | | 0.00 |
| **Yankee Investment Group, LLC 32 Hidden Cove Drive Churchville, PA  18966** | | | possible liability related to employment with Seascape, LLC | | | | |

Sheet no.  35  of  35  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $  **9,097.00**

Total  ➤  $  **2,948,807.60**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

In re:    **Travis Landon Manning    Melissa Marie Manning**                     Case No. _____

                                           **Debtors**                                                      Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors,  consisting of **8** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:  __**6/19/2010**_____              Signed: **s/ Travis Landon Manning**
                                                                                    **Travis Landon Manning**

Dated:  __**6/19/2010**_____              Signed: **s/ Melissa Marie Manning**
                                                                                    **Melissa Marie Manning**

Signed:   __**/s/ Matthew H. Crow**_____
             **Matthew H. Crow**
             Attorney for Debtor(s)
             Bar no.:            **26117**
             **The Crow Law Firm**
             **315-B North Main Street**
             **Monroe, NC  28112**
             Telephone No.:    **704-283-1175**
             Fax No.:            **704-226-0488**
             E-mail address:    **mattcrow@carolina.rr.com**